VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| LORI SCHULTZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION doing business as AMTRAK, and DOES 1 through 30, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01632-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE AND ORDER**<br><br>Hon. Morrison C. England, Jr.<br><br>Trial:   None Set |

IT IS HEREBY STIPULATED AND AGREED by plaintiff LORI SCHULTZ and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, by and through their undersigned counsel, that the above-captioned action shall be dismissed in its entirety with prejudice.

Each party shall bear their own costs, expenses, and attorney's fees.

Dated:  March 28, 2022        CROW LAW OFFICES, INC.

By:  /s/
     JEFF WENINGER
     Attorneys for Plaintiff
     LORI SCHULTZ

Dated:  March 30, 2022        ALLEN, GLAESSNER,
                              HAZELWOOD & WERTH, LLP

By:  /s/ Vincent Castillo
     VINCENT CASTILLO
     ALEXEI N. OFFILL-KLEIN
     Attorneys for Defendant
     NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

STIPULATION FOR DISMISSAL OF ACTION AND ORDER
CASE NO. 2:19-CV-01632-MCE-CKD

498414.1

## ORDER

Based upon the stipulation of Plaintiff Lori Schultz and Defendant National Railroad Passenger Corporation dba Amtrak, the Court hereby orders the dismissal of the entire action with prejudice, with each side to bear its own costs and fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 1, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL OF ACTION AND ORDER
CASE NO. 2:19-CV-01632-MCE-CKD

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

498414.1